UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DELETTRIA WHITEHEAD, Individually, and as class representative for all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>J I FINANCIAL, LLC; GLOBAL CLIENT SOLUTIONS, LLC f/k/a CFG ACCEPTANCE, LLC; LUFTMAN HECK & ASSOCIATES, LLP, f/k/a FORNA, LUFTMAN & HECK, LLC; WILLIAM J. FORNIA; BENJAMIN LUFTMAN; JEREMIAH HECK; and UNKNOWN PARTIES A, B, C, and D whose real and proper identities are unknown at present,<br><br>Defendants. | CASE NO. CV410-262 |

## DEFENDANT'S GLOBAL CLIENT SOLUTIONS, LLC UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT

Pursuant to L.R. 7.1 and Federal Rule of Civil Procedure 6(b)(1)(A) and unopposed by Plaintiff Delettria Whitehead ("Plaintiff"), Defendant Global Client Solutions, LLC ("GLOBAL") moves the Court to enter an order granting an enlargement of time to file a response to Plaintiff's Complaint up through and including December 5, 2010, and states as follows:

1.  Plaintiff filed the Complaint on September 22, 2010 in the Superior Court of Toombs County, Georgia with the case number 10-CV-1115. GLOBAL was served with the Complaint on October 5, 2010.

2.  On or about October 14, 2010, while this case was still pending in Toombs County, Plaintiff's counsel agreed to an enlargement of time through and including December 5,

2010 for GLOBAL to respond to the Complaint. The agreement of counsel was memorialized in the form of a stipulation.

3. On November 3, 2010, GLOBAL filed its Notice of Removal, bringing this matter before the Court. [DE 1]. GLOBAL's response to the Complaint is due by November 10, 2010.

4. Due to competing time constraints and forthcoming deadlines, GLOBAL requested that Plaintiff honor the parties' prior stipulation, enlarging the time for Global to respond to Plaintiff's Complaint, through and including December 5, 2010. Plaintiff has agreed to honor the prior stipulation.

5. This motion is made in good faith and not for the purposes of delay and will not prejudice any party.

WHEREFORE, Defendant Global Client Solutions, LLC respectfully requests that the Court enter an order extending the time for Global Client Solutions, LLC to file a response to the Complaint through and including December 5, 2010.

This 5th day of November, 2010.

WEINSTOCK & SCAVO, P.C.

/s/ Charles J. Bowen
CHARLES J. BOWEN
Georgia Bar No. 071115
cbowen@wslaw.net

*Attorneys for Global Client Solutions, LLC*
7 East Congress St.
Savannah, GA 31401
Telephone: (912) 944-1675
Facsimile: (912) 495-0166

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| DELETTRIA WHITEHEAD, Individually, and as class representative for all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>J I FINANCIAL, LLC; GLOBAL CLIENT SOLUTIONS, LLC f/k/a CFG ACCEPTANCE, LLC; LUFTMAN HECK & ASSOCIATES, LLP, f/k/a FORNA, LUFTMAN & HECK, LLC; WILLIAM J. FORNIA; BENJAMIN LUFTMAN; JEREMIAH HECK; and UNKNOWN PARTIES A, B, C, and D whose real and proper identities are unknown at present,<br><br>Defendants. | CASE NO. CV410-262 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by postage prepaid first class U.S. mail on all counsel or parties of record as follows:

James W. Hurt, Jr., Esq.
Irwin W. Stolz, Jr., Esq.
Lewis, Stolz, Hurt, Frierson & Grayson, LLP
279 Meigs Street
Athens, GA 30601

Kris K. Skaar, Esq.
Skaar & Feagle, LLP
P.O. Box 1478
Marietta, GA 30061

George Richard DiGiorgio, Esq.
F. Jerome Tapley, Esq.
Jon C. Conlin, Esq.
2131 Magnolia Avenue
Birmingham, AL 35205

**[SIGNATURE ON FOLLOWING PAGE]**

This 5th day of November, 2010.

                                                          WEINSTOCK & SCAVO, P.C.

                                                          /s/ Charles J. Bowen  
                                                          CHARLES J. BOWEN  
                                                          Georgia State Bar No. 071115

*Attorney for Defendant Global Client Solutions, LLC*  
7 East Congress Street  
Suite 1001  
Savannah, GA 31401  
(912) 944-1675

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| DELETTRIA WHITEHEAD, Individually, and as class representative for all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>J I FINANCIAL, LLC; GLOBAL CLIENT SOLUTIONS, LLC f/k/a CFG ACCEPTANCE, LLC; LUFTMAN HECK & ASSOCIATES, LLP, f/k/a FORNA, LUFTMAN & HECK, LLC; WILLIAM J. FORNIA; BENJAMIN LUFTMAN; JEREMIAH HECK; and UNKNOWN PARTIES A, B, C, and D whose real and proper identities are unknown at present,<br><br>Defendants. | CASE NO. CV410-262 |

## ORDER GRANTING DEFENDANT'S GLOBAL CLIENT SOLUTIONS, LLC UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT

THIS CAUSE having come before the Court on Defendant's Global Client Solutions, LLC ("GLOBAL") Motion for Enlargement of Time, it is now thereupon,

ORDERED AND ADJUDGED as follows:

1. GLOBAL's Motion for an Enlargement of Time is GRANTED.

2. GLOBAL shall respond to Plaintiff's Complaint by December 5, 2010.

DONE AND ORDERED in Chambers, at Savannah, Georgia, this _____ day of November, 2010.

```
_____
G.R. SMITH
UNITED STATES DISTRICT COURT JUDGE
```

1860857 v1