UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DELETTRIA WHITEHEAD, Individually, and as class representative for all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>J I FINANCIAL, LLC; GLOBAL CLIENT SOLUTIONS, LLC f/k/a CFG ACCEPTANCE, LLC; LUFTMAN HECK & ASSOCIATES, LLP, f/k/a FORNA, LUFTMAN & HECK, LLC; WILLIAM J. FORNIA; BENJAMIN LUFTMAN; JEREMIAH HECK; and UNKNOWN PARTIES A, B, C, and D whose real and proper identities are unknown at present,<br><br>Defendants. | CASE NO. CV410-262 |

**ORDER GRANTING DEFENDANT'S GLOBAL
CLIENT SOLUTIONS, LLC UNOPPOSED MOTION FOR AN
ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT**

THIS CAUSE having come before the Court on Defendant's Global Client Solutions, LLC ("GLOBAL") Motion for Enlargement of Time, it is now thereupon,

ORDERED AND ADJUDGED as follows:

1. GLOBAL's Motion for an Enlargement of Time is GRANTED.

2. GLOBAL shall respond to Plaintiff's Complaint by December 5, 2010.

DONE AND ORDERED in Chambers, at Savannah, Georgia, this 8TH day of November, 2010.

G.R. SMITH
UNITED STATES DISTRICT COURT JUDGE

1860857 v1