IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DELETTRIA WHITEHEAD, Individually and as class representative for all others similarly situated,<br><br>    Plaintiff,<br><br>J.I. FINANCIAL, LLC; GLOBAL CLIENT SOLUTIONS, LLC, f/k/a CFG ACCEPTANCE, LLC; LUFTMAN HECK & ASSOCIATES, LLP f/k/a FORNIA, LUFTMAN & HECK, LLC; WILLIAM J. FORNIA; BENJAMIN LUFTMAN; JEREMIAH HECK; and UNKNOWN PARTIES A, B, C, and D whose real and proper identities are unknown at present,<br><br>    Defendants. | CIVIL ACTION NO.<br>4:10-CV-00262-WTM-GRS |

**DEFENDANTS LUFTMAN HECK & ASSOCIATES, LLP, F/K/A FORNIA, LUFTMAN & HECK, LLC, WILLIAM J. FORNIA, BENJAMIN LUFTMAN AND JEREMIAH HECK'S CONSENT MOTION FOR EXTENSION OF TIME WITHIN WHICH TO PLEAD OR OTHERWISE RESPOND**

COME NOW **LUFTMAN HECK & ASSOCIATES, LLP, F/K/A FORNIA, LUFTMAN & HECK, LLC, WILLIAM J. FORNIA, BENJAMIN LUFTMAN AND JEREMIAH HECK**, Defendants in the above matter, through undersigned counsel, who, pursuant to Local Rule 6.1 request from the Clerk, a ten (10) day extension of time to answer or otherwise respond to Plaintiffs Complaint showing the Court the following:

1. WHEREAS, pursuant to Southern District of Georgia Local Rule 6.1 the Clerk of Court is authorized and directed to grant, sign and enter orders on consent, where permitted by law, extending time within which to plead or otherwise defend or make any motion (except a motion for new trial), for an aggregate time not to exceed ten (10) days, if the time originally

prescribed or extended within which to plead, defend, or move has not expired. Any such extension may be granted only once with respect to a pleading, and any such order entered by the Clerk may be suspended, altered, or rescinded by the Court for good cause shown;

2. WHEREAS, counsel for the Plaintiff has agreed and consented to an extension of time allowing Defendants LUFTMAN HECK & ASSOCIATES, LLP, F/K/A FORNIA, LUFTMAN & HECK, LLC, WILLIAM J. FORNIA, BENJAMIN LUFTMAN AND JEREMIAH HECK, an additional ten (10) days to respond to Plaintiff's Complaint;

IT IS HEREBY ORDERED that Defendants LUFTMAN HECK & ASSOCIATES, LLP, F/K/A FORNIA, LUFTMAN & HECK, LLC, WILLIAM J. FORNIA, BENJAMIN LUFTMAN AND JEREMIAH HECK shall have up to, through, and including November 19, 2010, to answer, plead, or otherwise defend against or make any motion in opposition to Plaintiff's Complaint.

SO ORDERED THIS ____ DAY OF NOVEMBER, 2010.

_____
CLERK, UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

LEWIS, STOLZ, HURT, FRIERSON & GRAYSON, LLP

By: /s/ James W. Hurt, Jr.
James W. Hurt, Jr.
Georgia Bar No. 380104
*Attorney for Plaintiffs*

279 Meigs Street
Athens, Georgia 30601

BOUHAN, WILLIAMS & LEVY, LLP

By: /s/ Todd M. Baiad
TODD M. BAIAD
Georgia Bar No. 031605
GREGORY G. SEWELL
Georgia Bar No. 556970
*Attorney for Defendants Luftman Heck &Associates, LLP f/k/a Fornia, Luftman & Heck, LLC, William J. Fornia, Benjamin Luftman and Jeremiah Heck*

Post Office Box 2139
Savannah, Georgia 31402-2139
912-236-2491

CERTIFICATE OF SERVICE

I, Todd M. Baiad, do hereby certify that I have this day served all parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF") which was generated as a result of electronic filing.

The following counsel of record are served with a copy of DEFENDANTS LUFTMAN HECK & ASSOCIATES, LLP, F/K/A FORNIA, LUFTMAN & HECK, LLC, WILLIAM J. FORNIA, BENJAMIN LUFTMAN AND JEREMIAH HECK'S CONSENT MOTION FOR EXTENSION OF TIME WITHIN WHICH TO PLEAD OR OTHERWISE RESPOND by electronic notification using the CM/ECF system as follows:

James W. Hurt, Jr., Esq.
Lewis, Stolz, Hurt, Frierson & Grayson, LLP
279 Meigs Street
Athens, Georgia 30601
jhurt@lewis-stolz.com

Charles J. Bowen, Esq.
Weinstock & Scavo, P.C.
7 E. Congress St., Suite 1001
Savannah, Georgia 31401
cbowen@welaw.net

Kris K. Skaar, Esq.
James M. Feagle, Esq.
Skaar & Feagle, LLP
P O Box 1478
Marietta, Georgia 30061

George Richard DiGiorgio, Esq.
F. Jerome Tapley, Esq.
Jon C. Conlin, Esq,
Cory, Watson, Crowder & Degaris, PC
2131 Magnolia Avenue
Birmingham, Alabama 35205

This 9th day of November, 2010.

                              BOUHAN, WILLIAMS & LEVY LLP

                              By:  /s/ Todd M. Baiad
                                  TODD M. BAIAD
                                  Georgia Bar No. 031605
                                  GREGORY G. SEWELL
                                  Georgia Bar No. 556970
                                  *Attorney for Defendants Luftman Heck &*
                                  *Associates, LLP f/k/a Fornia, Luftman &*
                                  *Heck, LLC, William J. Fornia,*
                                  *Benjamin Luftman and Jeremiah Heck*

P.O. Box 2139
Savannah, Georgia 31402-2139