UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DELETTRIA WHITEHEAD, Individually, and as class representative for all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>J I FINANCIAL, LLC; GLOBAL CLIENT SOLUTIONS, LLC f/k/a CFG ACCEPTANCE, LLC; LUFTMAN HECK & ASSOCIATES, LLP, f/k/a FORNA, LUFTMAN & HECK, LLC; WILLIAM J. FORNIA; BENJAMIN LUFTMAN; JEREMIAH HECK; and UNKNOWN PARTIES A, B, C, and D whose real and proper identities are unknown at present,<br><br>Defendants. | CASE NO. CV410-262 |

## DEFENDANT GLOBAL CLIENT SOLUTIONS, LLC'S CORPORATE DISCLOSURES

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel of record for Defendant Global Client Solutions, LLC ("GLOBAL"), states the following:

**Fed. R. Civ. P. 7.1 Corporate Disclosures:**

A.   The parent corporation of GLOBAL is Global Holding, LLC, an Oklahoma limited liability company.

B.   No public corporation owns 10% or more of GLOBAL's stock.

This 16th day of November, 2010.

**[SIGNATURE ON FOLLOWING PAGE]**

WEINSTOCK & SCAVO, P.C.

/s/ Charles J. Bowen
CHARLES J. BOWEN
Georgia Bar No. 071115
cbowen@wslaw.net

*Attorney for Global Client Solutions, LLC*
7 East Congress Street
Suite 1001
Savannah, GA 31401
Telephone: (912) 944-1675
Facsimile:  (912) 495-0166

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DELETTRIA WHITEHEAD, Individually, and as class representative for all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>J I FINANCIAL, LLC; GLOBAL CLIENT SOLUTIONS, LLC f/k/a CFG ACCEPTANCE, LLC; LUFTMAN HECK & ASSOCIATES, LLP, f/k/a FORNA, LUFTMAN & HECK, LLC; WILLIAM J. FORNIA; BENJAMIN LUFTMAN; JEREMIAH HECK; and UNKNOWN PARTIES A, B, C, and D whose real and proper identities are unknown at present,<br><br>Defendants. | CASE NO. CV410-262 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by postage prepaid first class U.S. mail on all counsel or parties of record as follows:

James W. Hurt, Jr., Esq.
Irwin W. Stolz, Jr., Esq.
Lewis, Stolz, Hurt, Frierson & Grayson, LLP
279 Meigs Street
Athens, GA 30601

Kris K. Skaar, Esq.
Skaar & Feagle, LLP
P.O. Box 1478
Marietta, GA 30061

George Richard DiGiorgio, Esq.
F. Jerome Tapley, Esq.
Jon C. Conlin, Esq.
2131 Magnolia Avenue
Birmingham, AL 35205

**[SIGNATURE ON FOLLOWING PAGE]**

This 16th day of November, 2010.

                WEINSTOCK & SCAVO, P.C.

                /s/   Charles J. Bowen
                CHARLES J. BOWEN
                Georgia State Bar No. 071115

*Attorney for Defendant Global Client Solutions, LLC*
7 East Congress Street
Suite 1001
Savannah, GA 31401
(912) 944-1675