# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

DELETTRIA WHITEHEAD,

Plaintiff,

v. Case No. CV410-262

J I FINANCIAL, LLC, et al.,

Defendant.

## ORDER

The Court having reviewed and considered the petitions of Rebecca F. Bratter and Richard W. Epstein of the law firm of Greenspoon Marder, P.A., 100 West Cypress Creek Road, Suite 700, Ft. Lauderdale, Florida 33309, for permission to appear pro hac vice on behalf of defendant Global Client Solutions, LLC, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Rebecca F. Bratter and Richard W. Epstein as counsel of record for defendant Global Client Solutions, LLC, in this case.

**SO ORDERED** this 18th day of November, 2010.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA