IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DELETTRIA WHITEHEAD, Individually and as class representative for all others similarly situated,<br><br>    Plaintiff,<br><br>J.I. FINANCIAL, LLC; GLOBAL CLIENT SOLUTIONS, LLC, f/k/a CFG ACCEPTANCE, LLC; LUFTMAN HECK & ASSOCIATES, LLP f/k/a FORNIA, LUFTMAN & HECK, LLC; WILLIAM J. FORNIA; BENJAMIN LUFTMAN; JEREMIAH HECK; and UNKNOWN PARTIES A, B, C, and D whose real and proper identities are unknown at present,<br><br>    Defendants. | CIVIL ACTION NO.<br>4:10-CV-00262-WTM-GRS |

## NOTICE OF DISMISSAL

COMES NOW, Delettria Whitehead, Individually and as class representative for all others similarly situated, Plaintiff in the above styled action, and by and through her undersigned counsel of record, and pursuant to Fed.R.Civ.P. 41(a)(1)(i) hereby dismisses William J. Fornia and Benjamin Luftman in this action without prejudice. Plaintiff files this dismissal before these parties have served either an Answer or a Motion for Summary Judgment.

DATED, this 18th day of November, 2010.

/s/ James W. Hurt, Jr.
James W. Hurt, Jr., Esq.
Lewis, Stolz, Hurt, Frierson & Grayson, LLP
279 Meigs Street
Athens, Georgia  30601
jhurt@lewis-stolz.com