IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| **DELETTRIA WHITEHEAD, Individually** ) <br> **and as class representative for all others** ) <br> **similarly situated,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> **J.I. FINANCIAL, LLC; GLOBAL CLIENT** ) <br> **SOLUTIONS, LLC, f/k/a CFG ACCEPTANCE,** ) <br> **LLC; LUFTMAN HECK & ASSOCIATES, LLP** ) <br> **f/k/a FORNIA, LUFTMAN & HECK, LLC;** ) <br> **WILLIAM J. FORNIA; BENJAMIN** ) <br> **LUFTMAN; JEREMIAH HECK; and** ) <br> **UNKNOWN PARTIES A, B, C, and D** ) <br> **whose real and proper identities are** ) <br> **unknown at present,** ) <br> ) <br> **Defendants.** ) <br> ) | **CIVIL ACTION NO.** <br> **4:10-CV-00262-WTM-GRS** |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing PLAINTIFF'S NOTICE OF DISMISSAL was electronically filed in this case and was duly served upon counsel of record by operation of the Court's CM/ECF system to the following:

    Charles J. Bowen
    WEINSTOCK & SCAVO, LLP
    7 East Congress Street
    Savannah, GA 31401
    cbowen@wslaw.net

    Todd M. Baiad
    BOUHAN, WILLIAMS & LEVY LLP
    447 Bull Street
    Savannah, GA 31401
    tmbaiad@bouhan.com

Respectfully submitted, this 18th day of November, 2010.

                                                 /s/ James W. Hurt, Jr.
                                                 James W. Hurt, Jr., Esq.
                                                 Georgia Bar Number:  380104

**LEWIS, STOLZ, HURT,**
**FRIERSON & GRAYSON, LLP**
279 Meigs Street
Athens, Georgia  30601
jhurt@lewis-stolz.com