IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

```
DELETTRIA WHITEHEAD, individually    )
and as class representative for       )
all others similarly situated,        )
                                      )
        Plaintiff,                    )
                                      )
v.                                    )   CASE NO. CV410-262
                                      )
J.I. FINANCIAL, LLC; GLOBAL CLIENT    )
SOLUTIONS, LLC, f/k/a CFG             )
Acceptance, LLC; LUFTMAN HECK &       )
ASSOCIATES, LLP, f/k/a Fornia,        )
Luftman & Heck, LLC; WILLIAM J.       )
FORNIA; BENJAMIN LUFTMAN; JEREMIAH    )
HECK; and UNKNOWN PARTIES A, B, C,    )
and D, whose real and proper          )
identities are unknown at present;    )
                                      )
        Defendants.                   )
                                      )
```

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2010 NOV 29 PM 3:03
CLERK_____
SO. DIST. OF GA.

O R D E R

Before the Court is Plaintiff's Notice of Dismissal, in which Plaintiff seeks to dismiss two Defendants. (Doc. 13.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." As Plaintiff has filed the required notice within the period allowed, Defendants William J. Fornia and Benjamin Luftman are **DISMISSED WITHOUT PREJUDICE**.

SO ORDERED this 29th day of November 2010.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA