**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| DELETTRIA WHITEHEAD, Individually, and as class representative for all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>J I FINANCIAL, LLC; GLOBAL CLIENT SOLUTIONS, LLC f/k/a CFG ACCEPTANCE, LLC; LUFTMAN HECK & ASSOCIATES, LLP, f/k/a FORNA, LUFTMAN & HECK, LLC; WILLIAM J. FORNIA; BENJAMIN LUFTMAN; JEREMIAH HECK; and UNKNOWN PARTIES A, B, C, and D whose real and proper identities are unknown at present,<br><br>　　　　　　Defendants. | CASE NO.: CV410-262 |

**NOTICE OF CHALLENGE TO CONSTITUTIONALITY
OF GEORGIA'S DEBT ADJUSTMENT STATUTE**

　　　　To the Clerk of the United States District Court for the Southern District of Georgia, Savannah Division. You are notified pursuant to 28 U.S.C. § 2403 and Fed. R. Civ. P. 5.1 that Defendant Global Client Solutions, LLC will draw into question in the above entitled action the constitutionality of Georgia's Debt Adjustment Act ("GDAA"), O.C.G.A. § 18-5-1, *et seq.* which is an act affecting the public interest. The aforementioned state statutes will be called into question in Defendant's Motion to Dismiss and Incorporated Memorandum of Law.

　　　　If Plaintiff's Complaint states a claim, then the GDAA is unconstitutional. The GDAA's statutory provisions Plaintiff alleges and seeks to have interpreted and applied to establish Global's liability if so applied would thereby violate the United States Constitution, Article I, section 10, clause 1 (the "Contract Clause"), Article 1, section 8, clause 3 (the "Commerce Clause"), the Equal Protection and Due Process provisions of the Fifth and Fourteenth Amendments, and provisions of the State Constitution.

Likewise, if applied as Plaintiff urges the GDAA directly regulates or discriminates against interstate commerce or places an excessive burden on interstate commerce in relation to any putative local benefits.

You are further notified that neither the State of Georgia, nor any agency, official, or employee of the State, is a party to this action.

You are, therefore, requested to certify the foregoing fact to the Attorney General of the State of Georgia pursuant to Section 2403(a) of Title 28 of the United States Code.

Respectfully,

Dated: December 6, 2010.

GREENSPOON MARDER, P.A.

/s/ Richard W. Epstein
RICHARD W. EPSTEIN
Florida Bar No. 229091
Richard.Epstein@gmlaw.com
REBECCA F. BRATTER
Florida Bar No. 0658100
Rebecca.Bratter@gmlaw.com
*Attorneys for Global Client Solutions, LLC*
100 West Cypress Creek Rd., Suite 100
Ft. Lauderdale, FL 33309
Telephone: (954) 491-1120
Facsimile:  (954) 771-9264

WEINSTOCK & SCAVO, P.C.
CHARLES J. BOWEN
Georgia Bar No. 071115
cbowen@wmlaw.net
*Attorneys for Global Client Solutions, LLC*
7 East Congress St.
Savannah, GA 31401
Telephone: (912) 944-1675
Facsimile:  (912) 495-0166

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by ECF notice or U.S. mail to the persons indicated on this 6th day of December, 2010.

s/ Richard W. Epstein