IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

2010 DEC 25  PM 9: 28

| | |
|---|---|
| DELETTRIA WHITEHEAD,<br>Individually and as class representative<br>for all others similarly situated,<br><br>    Plaintiff,<br><br>J.I. FINANCIAL, LLC; GLOBAL<br>CLIENT SOLUTIONS, LLC, f/k/a<br>CFG ACCEPTANCE, LLC; LUFTMAN<br>HECK & ASSOCIATES, LLP f/k/a<br>FORNIA, LUFTMAN & HECK, LLC;<br>JEREMIAH HECK; and UNKNOWN<br>PARTIES A, B, C, and D whose real and<br>proper identities are unknown at present,<br><br>    Defendants. | CIVIL ACTION NO.<br>4:10-CV-00262-WTM-GRS |

## NOTICE OF COUNSEL'S CHANGE OF ADDRESS

COMES NOW, James W. Hurt, Jr., counsel for the Plaintiff in the above-styled case, and files this, his Notice of Change of Address. Henceforth, all pleadings, papers, correspondence and memoranda related to this matter should be directed to counsel at the following address:

James W. Hurt, Jr.
Hurt, Stolz & Cromwell
650 Oglethorpe Avenue, Suite 6
Athens, Georgia 30606

Respectfully submitted this 22rd day of December, 2010.

|  |  |
|---|---|
| | HURT, STOLZ & CROMWELL, LLC |
| 650 Oglethorpe Ave, Suite 6<br>Athens, Georgia 30606<br>(706) 395-2750<br>Facsimile (866) 766-9245<br>jhurt@hurtstolz.com | _____<br>James W. Hurt, Jr.<br>Georgia Bar No. 380104<br><br>ATTORNEY FOR PLAINTIFF |

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DELETTRIA WHITEHEAD,<br>Individually and as class representative<br>for all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>J.I. FINANCIAL, LLC; GLOBAL<br>CLIENT SOLUTIONS, LLC, f/k/a<br>CFG ACCEPTANCE, LLC; LUFTMAN<br>HECK & ASSOCIATES, LLP f/k/a<br>FORNIA, LUFTMAN & HECK, LLC;<br>JEREMIAH HECK; and UNKNOWN<br>PARTIES A, B, C, and D whose real and<br>proper identities are unknown at present,<br><br>Defendants. | CIVIL ACTION NO.<br>4:10-CV-00262-WTM-GRS |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel herein with a true and correct copy of the Notice of Counsel's Change of Address by depositing same in the U.S. Mail, with adequate postage thereon to ensure delivery, addressed as follows:

Charles J. Bowen
Weinstock and Scavo, LLP
7 East Congress Street
Savannah, GA 31401

Todd M. Baiad
Bouhan, Williams & Levy LLP
447 Bull Street
Savannah, GA 31401

Respectfully submitted this 22nd day of December, 2010.

                                            HURT, STOLZ & CROMWELL, LLC

650 Oglethorpe Ave, Suite 6         James W. Hurt, Jr.
Athens, Georgia 30606             Georgia Bar No. 380104
(706) 395-2750
Facsimile (866) 766-9245
jhurt@hurtstolz.com                  ATTORNEY FOR PLAINTIFF