# United States District Court
## Southern District of Georgia

FILED U.S. DISTRICT COURT SAVANNAH DIV.
2011 JAN -4 AM 10: 37
CLERK
SO. DIST. OF GA.

DELETTRIA WHITEHEAD  
_____  
Plaintiff  

v.  

J.I. Financial, LLC et al.  
_____  
Defendant.

CASE NO.: 4:10-cv-262(WTM)

Appearing on behalf of: _____

Plaintiff  
_____  
(Plaintiff/Defendant)

## APPLICATION FOR ADMISSION PRO HAC VICE

**Petitioner,** James W. Hurt, Jr. _____, hereby requests permission to appear pro hac vice in the subject case filed in the _____ Division of the United States District Court for the Southern District of Georgia. **Petitioner** states under penalty of perjury that (he/she) is a member in good standing of the Bar of the following United States Court, Middle District of Georgia _____.
**Petitioner** states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

**Petitioner** designates James E. Carter _____ as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.
**Petitioner** further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.
This 8th day of November, 2010

_____  
(Signature of **Petitioner**)

## CONSENT OF DESIGNATED LOCAL COUNSEL

I, James E. Carter _____, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the **Petitioner** fail to respond to any Court order for appearance or otherwise.
This 22nd day of November, 2010

114400  
Georgia Bar Number  

912-236-7200  
Business Telephone

_____  
Signature of Local Counsel

James E. Carter & Associates _____ (Law Firm)

400 East President Street _____ (Business Address)

Savannah, GA 31401 _____ (City, State, Zip)

Same _____ (Mailing Address)

IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DELETTRIA WHITEHEAD, Individually, )<br>and as class representative for all others )<br>similarly situated, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>J I FINANCIAL, LLC; )<br>GLOBAL CLIENT SOLUTIONS, LLC )<br>f/k/a CFG ACCEPTANCE, LLC; )<br>LUFTMAN HECK & ASSOCIATES, LLP, )<br>f/k/a FORNIA, LUFTMAN & HECK, LLC; )<br>WILLIAM J. FORNIA; BENJAMIN )<br>LUFTMAN; JEREMIAH HECK; and )<br>UNKNOWN PARTIES A, B, C, and D )<br>whose real and proper identities are )<br>unknown at present, )<br>)<br>    Defendants. )<br>_____) | CIVIL ACTION NUMBER:<br><br>4:10-CV-00262 (WTM) |

## Supplement to Petitioner James W. Hurt, Jr.'s *Pro Hac Vice* Application

Pursuant to the mandatory requirements of U.S.D.C. S.D. Ga. Local Rule 83.4, the undersigned counsel requesting to appear *pro hac vice* before this Court states that he has appeared in the following matter before this Court:

*Faleecia Johnson v. Professional Independent Contractors Association, LLC and Jerry McCord*, United States District Court, Southern District of

Page 1 of 2

Georgia, Augusta Division, Civil Action No. 1:06-CV-00179 (LGW). Filed on November 22, 2006. Case closed on March 19, 2008.

**_Robert A. McElmurray, Jr. v. Olympus Optical Co., LTD and Advanced Sterilization Products Services, Inc. f/k/a Johnson & Johnson Medical, Inc._**, United States District Court, Southern District of Georgia, Augusta Division, Civil Action No. 1:10-CV-00058 (JRH-WLB). Filed April 29, 2010.

Respectfully submitted, this 8th day of November, 2010.

|  |  |
|---|---|
|  | **LEWIS, STOLZ, HURT, FRIERSON & GRAYSON, LLP** |
|  | _____ |
|  | James W. Hurt, Jr. |
|  | Georgia Bar No. 380104 |
| **_Pro Hac Vice pending_** |  |
| The Camak House |  |
| 279 Meigs Street |  |
| Athens, Georgia 30601 |  |
| (706) 353-6585 |  |
| Facsimile (706) 354-1785 |  |
| jhurt@lewis-stolz.com | **ATTORNEY FOR PLAINTIFF** |

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA



## CERTIFICATE OF GOOD STANDING

I, Gregory J. Leonard, as Clerk of this honorable Court, certify that

**James W. Hurt**
**Georgia Bar # 380104**

was duly admitted to practice in this Court on 2/20/2004, and is in good

standing as a member of the Bar of this Court.



Gregory J. Leonard
*Clerk of Court*

By: Gail G. Sellers
*Deputy Clerk*
*Athens Division*

Date: December 20, 2010

# United States District Court
## Southern District of Georgia

DELETTRIA WHITEHEAD
Plaintiff

v.

J.I. Financial, LLC et al.
Defendant

Case No. 4:10-cv-262 (WTM)

Appearing on behalf of

Plaintiff
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED.**

This _____ day of _____, _____.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

***

**NAME OF PETITIONER:** James W. Hurt, Jr.

**Business Address:** Lewis, Stolz, Hurt, Frierson & Grayson, LLP
Firm/Business Name

279 Meigs Street
Street Address

Athens   GA   30601
Street Address (con't)   City   State   Zip

Mailing Address (if other than street address)

Address Line 2   City, State, Zip
(706) 353-6585   380104
Telephone Number (w/ area code)   Georgia Bar Number

```
Court Name: Southern District of Georgia
Division: 4
Receipt Number: SAV009810
Cashier ID: lherb
Transaction Date: 01/04/2011
Payer Name: James W. Hurt Jr.

PRO HOC VICE
 For: James W. Hurt Jr.
 Case/Party: D-GAS-4-11-LB-000001-000
 Amount:         $200.00

CHECK
 Check/Money Order Num: 1043
 Amt Tendered:   $200.00

Total Due:       $200.00
Total Tendered:  $200.00
Change Amt:      $0.00
```