FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2011 MAY -4 AM 11: 50

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DELETTRIA WHITEHEAD, Individually, and as class representative for all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>J.I. FINANCIAL, LLC; GLOBAL CLIENT SOLUTIONS, LLC, f/k/a CFG Acceptance, LLC; LUFTMAN HECK & ASSOCIATES, LLC, f/k/a Forna, Luftman & Heck, LLC; JEREMIAH HECK; and UNKNOWN PARTIES A, B, C, and D, whose real and proper identities are unknown at present;<br><br>Defendants. | CASE NO. CV410-262 |

## ORDER

Before the Court is the parties' "Stipulation of Dismissal Without Prejudice as to Defendant Global Client Solutions." (Doc. 26.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As this requirement is satisfied, this action is **DISMISSED WITHOUT PREJUDICE**. Each party shall bear his, her, or its own costs and expenses.



As other parties remain Defendants in this action, this case remains pending. However, Defendant Global Client Solutions, LLC's three pending motions[1] are **DISMISSED AS MOOT**.

SO ORDERED this 4th day of May 2011.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] These motions are Defendant Global Client Solutions, LLC's Motion to Dismiss (Doc. 19), Motion to Compel Arbitration (Doc. 21), and Motion for Oral Argument on Motion to Compel Arbitration and Motion to Dismiss (Doc. 22).